# SILVERSON, PARERES & LOMBARDI, LLP
### Attorneys at Law
300 East 42nd Street
New York, New York 10017

Robert M. Silverson, Jr
Joseph T. Pareres*
Victoria A. Lombardi

Nancy I. Maltin
Rachel H. Poritz
Jeffrey J. Schietzelt
Craig J. Kornback
Rocco R. Riccobono

*Also Admitted in Connecticut

Telephone: (212) 557-1818
Facsimile: (212) 557-1336

www.spillp.com

September 25, 2007

<u>VIA FACSIMILE</u>

Honorable Gerard E. Lynch
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
(212) 805-0436



9/27/07

Re:   United States of America v. Peter Castellaneta
      Index Nos. <u>06 CR 684 and 07 CIV 7694</u>

Dear Justice Lynch:

The undersigned represents Queens Long Island Medical Group, a defendant in the interpleader action (07 CIV 7694) concerning the seized funds of defendant Peter Castellaneta and the claims of Queens Long Island Medical Group to those funds.

Defendant Peter Castellaneta recently filed a Motion to Dismiss and to Reconsider Your Honor's Interpleader Order dated September 4, 2007. The undersigned has spoken with Peter Brill, Esq., counsel for Peter Castellaneta, and we have agreed to a briefing schedule for this motion. <u>Queens Long Island Medical Group will file opposition papers by October 12, 2007, and movant Peter Castellaneta will file reply papers and submit courtesy copies of the motion papers to Your Honor on October 19, 2007.</u> I hope that the above briefing schedule is acceptable to Your Honor.

I contacted Assistant U.S. Attorney Seetha Ramachandran concerning this motion and she advised that the U.S. Attorney's office does not intend to submit papers on this motion unless Your Honor directs them to do so.

Respectfully submitted,

Rachel H. Poritz, Esq.
Silverson Pareres & Lombardi
(212) 557-1818

**SO ORDERED**

*/s/ Gerard E. Lynch*
GERARD E. LYNCH, U.S.D.J.
9/26/07

CC: Peter Brill, Esq.
Karasyk & Moschella, LLP
(Via email)

Seetha Ramachandran, Esq.
Assistant U.S. Attorney
(Via email)