UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | Action No. 06 CR 684 (GEL) |
| Plaintiff, | |
| - against - | |
| PETER CASTELLANETA and CURTIS GATZ, | |
| Defendants. | |

------------------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | Action No. 07 Civ 7694 (GEL) |
| Plaintiff, | |
| - against - | |
| PETER CASTELLANETA and QUEENS LONG ISLAND MEDICAL GROUP, P.C., | |
| Defendants. | |

------------------------------------------------------------------------x

## DECLARATION OF RACHEL H. PORITZ IN OPPOSITION TO DEFENDANT PETER CASTELLANETA'S MOTION TO DISMISS AND RECONSIDER

Rachel H. Poritz, Esq., an attorney duly admitted to practice before this Court, submits this declaration pursuant to 28 U.S.C §1746 and declares that the following is true and correct under the penalties of perjury:

1)   I am an associate with the law firm of Silverson, Pareres & Lombardi, LLP attorneys for QUEENS LONG ISLAND MEDICAL GROUP, P.C.  This declaration is submitted in support of the Memorandum of Law in Opposition to the motion of defendant Peter Castellaneta to dismiss the government's interpleader complaint, or in the alternative for This Court to

reconsider its interpleader order of September 4, 2007, and to vacate the stay and direct the return of Mr. Castellaneta's funds.

2) A civil action in Supreme Court, New York County (Index No. 111252/07), has been commenced by QLIMG against Peter Castellaneta, Curtis Gatz, Denise Lamonica, Stafford Personnel Group, and Traditional Personnel Services.

3) Attorneys from this law firm contacted counsel for the defendants in an attempt to obtain copies of the relevant financial documents necessary to establish the path of the monies wrongfully and fraudulently obtained by defendant Castellaneta and defendant Gatz (as well as Denise Lamonica), but that request was rejected. I telephoned United States Attorney Seetha Ramachandran, Esq. in an attempt to obtain these documents, but was advised that her office is unable to release those records based upon privilege and confidentiality.

4) I respectfully request that This Court deny the motion of defendant Castellaneta.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 12, 2007

_____
Rachel H. Poritz, Esq. (RP-7320)