## CERTIFICATE OF SERVICE

I, PETER E. BRILL do hereby certify pursuant to 28 USC § 1746, that on the 5th day of February, 2008, I served a true copy and an e-mail of the annexed **MOTION** upon:

Rachel H. Poritz, Esq.
Silverson Pareres & Lombardi, LLP
300 E. 42nd Street, 5th Floor
New York, NY 10017

by mailing same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Post Office within the State of New York, addressed to the last known address of the addressee(s) as indicated above. Also, by e-mail at this address: (rporitz@splllp.com).

I declare under penalty of perjury that the foregoing is true and correct.

_____
PETER E. BRILL